# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barry, Ben T. | Arkansas-Bankruptcy Court | 05/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

35 East Mountain, Room 411
Fayetteville, AR 72701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | SRB Managing Partner | SRB (Small Real Estate Partnersip) Dissolved in 2014 by sale of property. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mississippi Bankruptcy Conference (Sponsored by Ole Miss) | February 8, 2013 | Memphis, TN | Seminar | Transportation, Meals, Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SRB (Real Estate in Sebastian Co. AR ) | | | | | Sold | 7/24/14 | K | | See note in Part VIII |
| 2. BTB IRA [from 401(k)] | D | Int./Div. | N | T | | | | | |
| 3. -Cash Equivalent Fidelity Fund 59 | | | | | | | | | |
| 4. -Vanguard Inflation Protected AD Fund | | | | | Sold (part) | 12/22/14 | J | | |
| 5. -Vanguard Short Term Inv. Grade Fund | | | | | Sold (part) | 12/22/14 | J | | |
| 6. -Toyota Motor Credit Corp. 1.25% 11/17/14 | | | | | Matured | 11/17/14 | K | | |
| 7. -Berkshire Hathaway Finl 5.1% 7/15/14 | | | | | Matured | 7/15/14 | J | | |
| 8. -General Elec. Cap. Corp. 5.5% 6/4/14 | | | | | Matured | 6/4/14 | J | | See note in Part VIII |
| 9. -JP Morgan Chase & Co. 4.65% 6/1/14 | | | | | Matured | 6/2/14 | J | | |
| 10. -Caterpillar Fin Serv Crp 4.625% 6/1/2015 | | | | | | | | | |
| 11. -SBC Communications Inc. 5.1& 9/15/14 | | | | | Matured | 9/15/14 | J | | |
| 12. -Conoco Phillips 4.6% 1/15/15 | | | | | Redeemed | 11/26/14 | J | | |
| 13. -Wells Fargo & Co. 1.25% 2/13/15 | | | | | | | | | |
| 14. -Bank of New York Mellon 2.95% 06/18/15 | | | | | | | | | |
| 15. -FHLB 1.15% 7/24/14 | | | | | Matured | 7/24/14 | K | | |
| 16. -Goldman Sachs Group Inc. 5.5% 11/15/14 | | | | | Matured | 11/17/14 | K | | |
| 17. -Anheuser Busch Inbev Wor 5.375% 11/15/14 | | | | | Matured | 11/17/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -US Bancorp 3.125% 03/30/2015 | | | | | | | | | |
| 19. -Merck & Co. Inc. 4.75% 03/01/2015 | | | | | | | | | |
| 20. -JP Morgan Chase & Co. 5.25% 05/01/15 | | | | | | | | | |
| 21. - Home Depot (HD) 5.4% 03/01/16 | | | | | | | | | |
| 22. Bank of New York Mellon 2.5% 1/15/2016 | | | | | Buy | 3/26/14 | K | | |
| 23. Berkshire Hathaway 1.9% 1/31/2017 | | | | | Buy | 8/25/14 | K | | |
| 24. Pfizer Inc .9% 1/15/2017 | | | | | Buy | 8/25/14 | K | | |
| 25. Coca-Cola .75% 11/1/2016 | | | | | Buy | 12/18/14 | K | | |
| 26. Toyota Motor Credit Corp 1.75% 5/22/2017 | | | | | Buy | 12/18/14 | K | | |
| 27. Pepsico Inc .95% 2/22/2017 | | | | | Buy | 12/18/14 | K | | |
| 28. Hershey Company 1.5% 11/01/2016 | | | | | Buy | 12/18/14 | K | | |
| 29. Ben T. Barry Roth IRA | D | Int./Div. | O | T | | | | | |
| 30. -Fidelity Fund 59 NF Money Market | | | | | | | | | |
| 31. -Fidelity Intl Discovery FD | | | | | Buy | 10/15/14 | J | | |
| 32. -Vanguard Equity Income Fund | | | | | Buy (add'l) | 10/15/14 | J | | |
| 33. -Vanguard Mid Cap Index Fund | | | | | Buy (add'l) | 10/15/14 | J | | |
| 34. -Vanguard Total Stock Market Index Fund | | | | | Buy (add'l) | 2/3/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Total Stock Market Index Fund | | | | | Buy (add'l) | 10/15/14 | J | | |
| 36. -Vanguard 500 Index Fund | | | | | Buy (add'l) | 10/15/14 | J | | |
| 37. -Vanguard Small-Cap Growth Index Fund | | | | | Buy (add'l) | 10/15/14 | J | | |
| 38. -Vanguard Short-Term Investment Grade Fund Admiral | | | | | Buy (add'l) | 10/15/14 | J | | |
| 39. -Vanguard Short-Term Investment Grade fund | | | | | Buy (add'l) | 12/31/14 | K | | |
| 40. Ben T. Barry IRA - ▨ | A | Int./Div. | K | T | | | | | |
| 41. -Fidelity Fund 59 F Money Market | | | | | | | | | |
| 42. -Fidelity Intl Discovery FD #305 | | | | | | | | | |
| 43. -Vanguard Mid Cap Index Fund | | | | | Sold (part) | 01/24/14 | J | | |
| 44. -Vanguard Total Stock Market Index Fund | | | | | | | | | |
| 45. -Vanguard 500 Index Fund | | | | | Sold (part) | 1/24/14 | J | | |
| 46. -Vanguard Small-Cap Growth Index Fund | | | | | Sold (part) | 01/24/14 | J | | |
| 47. -Vanguard Equity Income Fund | | | | | | | | | |
| 48. WATS Stock | C | Int./Div. | J | T | | | | | |
| 49. 1 acre Sebastian Co. AR) | | | | | Sold | 6/4/14 | K | | ** |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I.   SRB is a small real estate partnership, which was dissolved in 2014 by sale of the property.

VII.

#6 Toyota was listed twice last year in error.

# 8 - Description of bond maturity date incorrect last year, date of maturity should have been 6/4/14 rather than 7/15/14.

#18 Description of bond maturity date incorrect last year, date of maturity should have been 3/30/15 rather than 4/1/2015

#49 1 acre of raw land, which was sold in 2014

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ben T. Barry**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544